814

Andrew **WHITLOW**

v.

**STATE**

**CR-13-1678**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Kenneth Carnell **THOMPSON**

v.

**STATE**

**CR-13-1679**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Joe Herman **REID**

v.

**STATE**

**CR-13-1684**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Levi Josiah **LEWIS**

v.

**STATE**

**CR-13-1685**

Court of Criminal Appeals of Alabama.

01/23/2015

Reh. denied; memo of 12/12/2014 withdrawn; memo substituted; affirmed

Kendrith Lashawn **MITCHELL**

v.

**STATE**

**CR-13-1694**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed